[Cite as *State ex rel. Mays v. McCormick*, 2017-Ohio-7891.]

# Court of Appeals of Ohio

### EIGHTH APPELLATE DISTRICT
### COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 106009**

## STATE OF OHIO, EX REL.
## BRIAN MAYS

RELATOR

vs.

## JUDGE TIMOTHY MCCORMICK

RESPONDENT

## JUDGMENT:
WRIT DENIED

Writ of Procedendo
Motion No. 509330
Order No. 510188

**RELEASE DATE:** September 27, 2017

**FOR RELATOR**

Brian Mays, pro se
1254 Parkwood Drive
Cleveland, Ohio 44108


**ATTORNEYS FOR RESPONDENT**

Michael C. O'Malley
Cuyahoga County Prosecutor
By:   James E. Moss
Assistant County Prosecutor
The Justice Center
1200 Ontario Street
Cleveland, Ohio   44113

EILEEN A. GALLAGHER, J.:

**{¶1}** On July 18, 2017, the relator, Brian Mays, commenced this procedendo action against the respondent, Cuyahoga County Common Pleas Court Judge Timothy McCormick, to compel him to rule on a motion to terminate postrelease control that he had filed in the underlying case, *State v. Mays*, Cuyahoga C.P. No. CR-02-424093-ZA. Respondent has moved for summary judgment on the grounds of mootness, which Mays has not opposed.

**{¶2}** Attached to respondent's motion is a certified copy of a journal entry, file-stamped July 26, 2017, granting defendant's motion. The journal entry, therefore, establishes that the request for a writ of procedendo is moot. *State ex rel. Bortoli v. Dinkelacker*, 105 Ohio St.3d 133, 2005-Ohio-779, 823 N.E.2d 448, ¶ 3 ("A writ of procedendo will not issue to compel the performance of a duty that has already been performed."); *State ex rel. Jerningham v. Cuyahoga Cty. Court of Common Pleas,* 74 Ohio St.3d 278, 658 N.E.2d 723 (1996); *State ex rel. Pettway v. Cuyahoga Cty. Court of Common Pleas*, 8th Dist. Cuyahoga No. 98699, 2012-Ohio-5423.

**{¶3}** Accordingly, this court grants the respondent's motion for summary judgment and denies the writ. Costs assessed against relator; costs waived. The clerk is directed to serve upon the parties notice of this judgment and its date of entry upon the journal. Civ.R. 58(B).

{¶4} Writ denied.

_____

EILEEN A. GALLAGHER, JUDGE

KATHLEEN ANN KEOUGH, A.J., and
FRANK D. CELEBREZZE, JR., J., CONCUR